UNITED STATES DISTRICT COURT

for the District of Columbia

| | |
|---|---|
| Joe Alter,<br><br>1694 Trafalgar Pl.,<br><br>Westlake Village,<br><br>California, 91361,<br><br>805-657-2211<br><br>joealterinc@gmail.com<br><br>Pro Se *Plaintiff*<br><br>v.<br><br>President of the United States.<br>Donald J. Trump,<br><br>1600 Pennsylvania Avenue NW,<br>Washington, DC 20500<br><br>*Defendant* | Case: 1:25–cv–00480 JURY DEMAND<br>Assigned To : Unassigned<br>Assign. Date : 2/7/2025<br>Description: Pro Se Gen. Civ. (F–DECK)<br><br>Case: |

---

COMPLAINT FOR DECLARATORY RELIEF


RECEIVED
FEB - 7 2025
Clerk, U.S. District & Bankruptcy
Court for the District of Columbia

1

STANDING, AND A WORD ON WHAT THE FOUNDERS MEANT BY "LIBERTY and JUSTICE FOR ALL"

1. To the framers of the Constitution, "liberty" did not mean "everybody gets what they want", it meant "consent of the governed". That government will hear The People's Objections, and will do justice to their claims, and that it cannot maintain its legitimacy when it does not. The opposite is what they meant about "tyranny". A legitimate government does not swing the entire country in the opposite direction every time one wins an election without overwhelming consent, which is why Constitutional Amendments require an almost unthinkable 2/3 majority of Congress. A government that tries to remove this consent is illegitimate, and the effort to bypass the constitution's mandates without that consent and delegitimize the constitution, is inherently "treason" or "sedition". This is why due process is not just a promise but is a *guarantee* for both sides of a dispute. When government becomes illegitimate, the constitution guarantees we The People ALL have standing to dispute its legitimacy in court, rather than taking up arms. The fundamental promise of a

2

peaceful transfer of power and representation flows from the Declaration of Independence, and is THE fundamental American concept, without which, the bill of rights, he constitution, and the rule of law are meaningless. It is the judiciary's primary purpose.

2. Donald Trump does not just represent a change in leadership, but a radical change in all of our fundamental concepts of "consent of the governed", under him, our government turns on the whims of Donald Trump, and all other branches of government only respond to enforce *his* desires.

3. Donald Trump wrestled the fundraising apparatus of all other branches of government and holds it hostage to exercise his will on the governed, and now he attempts to bypass Congress's power of the purse, by installing operational control over the flow of capital, subservient to his whim on all levels of government, and we have lost "consent of the governed". Congress allocated funds are stopped against court orders, departments appear and disappear at the command of a tweet, and a thoroughly cowed Department of Justice releases his allies, and punishes his detractors. A thoroughly subservient Supreme Court grants him

new powers, and strips rights from all who disagree, without so much as a thought as to who gave them power to do so.

4. In such a republic, whoever is brave enough to confront this situation, must have standing to redress and contest their hold over the people's liberty, on their own behalf, and on behalf of all those who fear reprisal in the shadows of their tyranny.

5. In President Trump's 2021 impeachment, the indisputable facts are, that President Donald J. Trump, lead a violent attack on our transfer of power, to cement his own power and dominion over the governed, and though the attack failed to meet its goals, it cannot be denied what it meant, and was felt throughout the world as we all witnessed it.

6. That he was re-elected four years later, does not make it legitimate, or constitutional if he continues to use his office to subvert the constitution. Presidents are elected by a simple majority of electors, not by an overwhelming majority. To change the Constitution, he must have that overwhelming majority to encode change into the constitution and cannot just declare it so.

7. This is an action brought by Plaintiff Joe Alter, a resident of California, seeking declaratory relief against Defendant Donald Trump (in his capacity as President of the United States). Plaintiff asserts that a series of executive actions, pardons, and other conduct taken by the Defendant violate constitutional mandates—including the due process rights under the Fifth Amendment and the prohibition on office-holding to enemies of the constitution, set forth in Section 3 of the Fourteenth Amendment—and presents an ongoing threat to the constitutional order, as his every action and exercise of his office continues to attack what are collectively our fundamental rights of the consent to be governed, and through force and coercion subverts any powers of dissent inherent and essential to our Constitutional Order. The 14th Amendment offers us clear instruction and remedy in such a case and must be *considered on its merits*. Not by fiat, his pronouncements, his tweets, or his ability to corrupt all branches of government, including the Courts. There is no "chokepoint" of liberty, without the overwhelming will of the governed. This is fundamentally so

about our Constitutional Government and is not changeable without our overwhelming consent.

8. In Trump v Anderson, and Trump v US, such a case exists, that this Supreme Court awarded President Trump unlimited powers with only the consent of a majority in the Supreme Court, without consideration of any of the merits under which he requested them, or any consent of the governed.

9. where all branches of government and collective enforcement of Constitutional mandates, have failed to do their duty to eject such a person on the merits of his betrayal, the plaintiff's standing is proper and just, the Declaration of Independence, the Bill of Rights, The Constitution, and in particular the 14th Amendment demand it to be so as an expression of fact and law, which only an overwhelming majority (2/3) of Congress, can "cure". Even the Supreme Court Majority, in their efforts to assist President Trump's sedition, does not contest the plain meaning of Section 3.

PLAINTIFF's PRIOR ACTION

10. This is Plaintiff's second related proceeding, referencing prior litigation 2:24cv00478 (Us District Court, Judge Moss), Case No. 24-5132 before the US Court of Appeals for the District of Columbia and a petition for certiorari DENIED without explanation by the Supreme Court in petition No. 24-617, all of which are available in the public record.

11. Lest this case be viewed as a "collateral attack", having failed previously in his prior action, this case focuses not on the events leading up to and including January 6, but his continuing acts of sedition within minutes of swearing another oath to The Constitution.

JURISDICTION AND VENUE

12. Jurisdiction is proper in this Court pursuant to Article III of the U.S. Constitution and 28 U.S.C. §§ 1331 and 1346 because the claims arise under the Constitution and federal law.

13. Venue is proper in this district under 28 U.S.C. §§ 1391 and 1400(a) because [a] a substantial part of the events giving rise to these claims occurred within this district, and [b] Defendants perform official duties within the jurisdiction of this Court.

SOVEREIGN IMMUNITY

14. This case is a civil case and does not request monetary damages. Civil Cases which do not request more than $70,000 in damages are not subject to Sovereign Immunity.

PRESIDENTIAL IMMUNITY

15. This case does not require any form of punishment, fine, or degradation of Donald Trump's rights, one could simply read the 14th Amendment, Sec 3 aloud as a declaration of fact as to Defendant and his co-conspirators. It simply exists as a *fact* that he is disqualified from holding an office. No court can overturn that disability, only a 2/3 vote of congress. Only the *merits and the facts* can present a defense prior to such a declaration, no twisting of Constitutional meaning can subvert that fundamental right of The People's consent.

PARTIES

Plaintiff:

16. Joe Alter is a citizen of the State of California. As a voter, and like many, a witness to events on January 6, and an individual who asserts a personal injury resulting from the alleged unconstitutional actions of the Defendant, Plaintiff alleges that he has standing to seek redress for violations of constitutional rights, on the basis that all institutions of collective representation, and agencies of enforcement have failed to anticipate, charge, or remedy these serious transgressions of Oath, Federal Statute, and Constitutional Mandates.

Defendant Donald Trump:

17. At all relevant times, Donald Trump has served as President of the United States since January 2025, and was also president at the time of January 6, 2021 violent attack on Congress. Plaintiff brings claims against him in his official capacity for actions taken both before and after his inauguration which allegedly violated constitutional mandates and statutory law.

STATEMENT OF THE FACTS

18. Within minutes of being sworn in—Defendant Trump signed numerous plainly unconstitutional executive orders. Of one of them (his revocation of "Birthright Citizenship", Judge Coughenour remarked from the bench days later, when issuing a temporary restraining order in his Washington Western District Court, ""I've been on the bench for four decades, I can't remember another case where the question presented is as clear as this one is," Coughenour said, describing Trump's order as **"blatantly unconstitutional."**

"There are other times in world history where we look back and people of goodwill can say, 'Where were the judges? Where were the lawyers?' "

19. Plaintiff asserts, that in the same batch of orders, within minutes of swearing an Oath, Defendant Trump issued a blanket pardon for approximately 1,500 individuals involved in the January 6, 2021 violent attack on Congress on President Trump's behalf following a rally he held at the Ellipsis called "Stop the

Steal", he also commuted sentences for those convicted of Seditious Conspiracy, who admitted in court that they were acting on his behalf. Some even claimed that they were acting on his "orders" as President of the United States, the court may reasonably infer that they at least thought this to be true due to months of immersion in President Trump's false claims of a stolen election which had already been afforded every means of due process available and found lacking in substance.

20. Plaintiff asserts that Congress failed to come to a political solution at President Trump's impeachment, citing that Donald Trump was leaving office, and that this was a matter for the courts in 2021, Senate Speaker McConnel claiming that the issue was "moot". He (and fellow Republicans) then held up the incoming administration's Attorney General nominee for nearly a year. The Court may reasonably infer, from the partisan nature of their conduct, that Congress has not acted in accordance with their Oath.

21. Plaintiff asserts that Judge Ayleen Canon's last-minute Dismissal in Palm Beach, Florida, of Donald Trump's theft of

11

classified documents, claiming that the Special Prosecutor Jack Smith's appointment, was "unlawful", denied The People all justice for Donald Trump's conduct, and that the court may reasonably infer this result was willful and intentional and was not consistent with constitutional principles and reasonable consideration of fact and law.

22. Plaintiff asserts that the current Supreme Court majority in Trump v United States, and Trump v Anderson, has unreasonably and unlawfully delayed and degraded *merited* proceedings in related criminal and civil cases by unnecessarily holding that a sitting President is entitled to "some" degree of criminal immunity (see Trump v. United States) without referencing any of the specific charges or their merits or any regard to the practical consequences of a potential return to power for an enemy of the Constitution, and that this was greatly assisted by these intentional actions of the court, and this court may reasonably infer that this assistance was born of self-interest and political ambition rather than urgent considerations of fact and law.

23. Plaintiff asserts that President Trump's unilateral creation of an unregulated, unaccountable DOGE department, that operates free of any oversight or accountability and has forced its way into various government operations and simply turned off the mechanisms of funding, compromised vital security, lied to the court about what it was doing and what levels of control it has taken, and has not complied with court orders to cease and desist. It is an unlawful and unconstitutional exercise of power under false pretense to impound Congressionally allocated funds and programs and repurpose them towards other ends (Tax cuts for Musk? Who is to say?). It has disrupted operations worldwide, sullied our reputations and standing, and done vast harm to The People's government. Without any consent of the governed, rules of operation, or compliance with existing law, it is an outrageous perversion purpose and ethical constraint.

CAUSES OF ACTION

COUNT I – CONSPIRACY TO UNDERMINE THE CONSTITUTION, WILLFULL VIOLATIONS of SECTION 3 of the 14th AMENDMENT's CONSTITUTIONAL MANDATE

24. Plaintiff asserts that Defendant Trump orchestrated a campaign of lawlessness and terror aimed at subverting Constitutional mandates and dismantling federal checks and balances by engaging in conduct that, if proven, would reasonably amount to a conspiracy against the Republic and vast irreparable harm to its constituent citizens. Though those actions may also be proved to be Treason ultimately, for this proceeding, just the mere fact that the 14th amendment mandates disqualification *because* of such actions, is the only fact we need adjudicate, to avoid further irreparable and unchecked harm, certainly President Trump cannot be relied upon.

COUNT II – VIOLATION OF THE PRESIDENTIAL OATH AND ABUSE OF EXECUTIVE POWER and FURTHER WILLFULL VIOLATIONS of SECTION 3 of the 14th AMENDMENT's CONSTITUTIONAL MANDATE

25. Plaintiff alleges that Defendant Trump's signing of executive orders that are plainly unconstitutional constitutes a breach of his oath to "preserve, protect and defend the Constitution."

Plaintiff further contends that such actions intentionally circumvent the roles and responsibilities of Congress and the judiciary.

COUNT III – REMOVAL OF ESSENTIAL OVERSIGHT PERSONNEL – OBSTRUCTION OF JUSTICE - VIOLATION OF OATH

26. The Plaintiff alleges that the unlawful mass firing of Inspectors General without consultation with Congress, federal prosecutors, and FBI personnel simply because they did their jobs and he didn't like their conclusions, is an abuse of presidential power that willfully eliminates critical checks on executive authority, in violation of the President's newly sworn Oath to uphold and defend the Constitution and instead *subverted* the investigation and prosecution of high crimes he committed against the United States Constitution. Congress is not the only entity that can mitigate the harm, the Federal Judiciary is empowered to do so in Article III.

PRAYER FOR RELIEF

27. WHEREFORE, A declaration of the court can at the very least solidify its view of our current state of affairs and give us a solid, factual foundation to lawfully proceed upon in a variety of ways,

Plaintiff respectfully requests that this Court Declare as to Donald Trump and co-conspirators who lent aid or comfort, *the verbatim text of the US Constitution's 14th Amendment, section 3,* followed by "**SO ORDERED.**"

Award such other and further relief as the Court deems just and proper.

Plaintiff further demands a trial by jury on all issues so triable.

Dated: 2/11/2025

Respectfully submitted,

/s/ Joe Alter, In Pro Per

1694 Trafalgar Pl

Westlake Village, CA 91361

805-657-2211

joealterinc@gmail.com