UNITED STATES DISTRICT COURT
For the DISTRICT of COLUMBIA

JOE ALTER,           ) CASE 25-cv-00480
Plaintiff,           )
v.                   )
President Donald Trump )
Defendant.           )

AFFIDAVIT, ALTER

Beyond the reasons I have already stated, there are personal and private reasons I have for standing that lead me to feel that my family has been damaged by both this administration and its allies in an ongoing unlawful pattern of conduct which Donald Trump promotes and fosters.

My wife (of 24 yrs) is a French national, and when we returned to the US from France after living there for a few years, she got stuck in France for a full year because the previous Trump administration had eviscerated the State Department, in what I can only interpret to be an intentional curbing of legal immigration, and my wife needed a visa renewal waived to re-enter lawfully, but the Trump administration declined, and we had to wait over a year in line while she stayed with her brother's family in France (because we had already bought a house here in California and our kids needed to start the schoolyear in 2019). It was an impossible year without my wife, and lead to so many setbacks, expenses, and so many tragic difficulties, that I scarcely know where to begin, but during that year, my younger daughter declared that she (they) was trans and was also diagnosed with autism after a suicide attempt during covid lockdowns. It feels like we have been (as a family), under a constant flow of attack from Trump, his allies, in so many ways, like many other people, has made our return to American life the last 5 years, quite challenging and disappointing. Is it all their

fault? No, I don't think so, certainly we all make choices. In our case, our choice was to support our kid in her time of trouble. Our choice was to move back, because she might have an easier time figuring things out at home, in her native language, I was wrong.

This lawsuit, however, is not a suit for damages, nor do I hope to make those damages whole, but they exist, and I don't know that anything could make us truly "whole" that is within the court's power to grant. Redress with the court is all I seek in terms of a remedy, because there is nobody home in this administration to pursue the harms done by Donald Trump. Surely, I don't think the Trump administration means these attacks for me personally, or even members of my family personally, we are not important enough to be his targets, but nonetheless I find us in a class of Americans that this administration, would like to target for harassment, to make our lives, people that they don't even know who have never harmed them, intentionally and maliciously more difficult. The "war on woke", aren't even claims that I allege in this suit, but they are part and parcel, of a pattern of abusive opportunistic conduct Trump engages in, that regularly causes us harm.

As these targeting factors go to world view and beliefs (political and otherwise), and is aimed at people who would just like to exist in America, free from malign attention from our government, and powerful public voices, who are aware they are lying, when they do it, I believe this gives us standing to ask, "how can this be?" and "can someone please show him the door?"

Having just returned to the United States, I had to watch on TV with all this going on, as we almost lost our democracy to a lawless, violent, and armed, attack by thousands of raving lunatics at the capitol, ushered on by then President Trump in an attempt to reject a lost election. We saw it happen on live TV, and waited, for all the madness to come to an end, only to instead see it only intensify. I had a similar feeling when I watched airplanes crash into the twin towers in 2001. We patiently waited for justice, and for my wife's return from France. Somehow, we'd figure it out.

Eventually she was permitted to return, and we immediately

applied for her citizenship (we had never applied because we wouldn't be able to visit family France while we were waiting), which was subsequently granted after another year, by the Biden administration. We had already been married for 23 yrs. The "anti-woke" onslaught from Maga has continued non-stop, and when the Delaware Court concluded that the lies and slander in Dominion's defamation suit about a stolen election were not "protected speech", that congress failed us in impeachment, that the DOJ failed us in bringing him to swift justice, and now this maniac is running the country again.. well it's just "too much". Justice isn't supposed to be made inaccessible for people who are being harmed. It's just surreal, it's like after 9/11, we elected Bin Laden. People are certainly free to elect their chosen candidate, but all the crazy shit that's going to follow that candidate into office, has to be actively restrained to conform with our constitution and our laws. It's my right under 'due process' to actively seek any kind of legal restraint from the court. It's peaceful resistance.

I have a myriad of related reasons to feel unlawfully attacked by Trump/Maga. The point is, that WE are the protected class here, not Maga or their "speech". Dominion showed that *Fox knew they were lying about the stolen election* (Dominion v Fox), the Congressional Impeachment hearings clearly showed that Trump knew he was lying, as did his staff, at The Ellipsis. The courts had already rejected 60 attempts made by him to make that case and found them lacking in any kind of credible substance.

This is not the only suit I subsequently filed and pursue at least to the extent where the courts will let me, because what this administration, this Supreme Court, this Congress, are permitting is just not something I can endure without doing whatever I can legally do to halt it in its tracks. Particularly since the current DOJ clearly isn't going to do anything about them, the Supreme Court let them take a walk on insurrection and treason without hearing merits, and they have let loose Elon Musk and his squad of flying monkeys on the department of education (which could affect my daughter's IEP), The State of California Disaster relief (which could affect our ability to insure our house), and medical coverage under Medical (a Medicare subsidized program for disabled – my wife has epilepsy, and my younger daughter

is Autistic), not to mention Social Security (which I'll be eligible for in a few years). It's all under attack, daily, programs we've paid for all of our lives (even when we were living in France). It's exhausting. It's demoralizing. I can't really complain, because SO MANY people will have things SO MUCH WORSE because of these people, and what they are doing. It's like the steam roller, at the end of "A Fish Called Wanda" slowly flattening us all.

The damage they have willfully done to us all and continue to do to the very underpinnings of our society's pluralistic social contract embedded in our foundation. They file false attestations in court that they're firing people for "performance". Their lawyers claim to not know who is running DOGE in court. Everyone that's supposed to be protecting us from this kind of tyrannical abuse has failed us, personally and collectively, as Americans. This case is not about blame, it simply goes to why this is any of my business, which is really the ONLY relevant question when evaluating "standing".

I therefore claim that I do indeed have standing; to push back in any legally available way I can individually. I see this lawsuit as one of those ways to express my dismay, and to invite intervention of the court, as there does not seem to be anybody home at the DOJ in this new administration that will give this lawless conduct scrutiny and consideration. The way that this DOJ has behaved, the way this Supreme Court has behaved, the way this Congress has conducted itself, my family and I have personal jurisdiction for the Federal court review President Trump's qualification for office.

Donald Trump is drawing up plans for military invasion of our peaceful neighbors, has pissed off all of our allies for no explicable reasons, abandoned the Ukraine in the middle of a war, and wants to round up aliens (legal/illegal) and jail or deport them under the "alien invasion act", and give away our State natural resources to his cronies under some kind of bullshit War Powers declaration. He directs the DOJ to target people who don't support him as traitors.

An election does not supersede law, or the Constitution and its

plain meaning or intent. Donald Trump is plainly disqualified for American leadership.

To my read, EVERY goddamn American has standing, we are under attack. My last suit was denied its appeal for lack of standing, the hell I don't have standing. The. Hell. I. Don't.

Respectfully submitted, under oath, and subject to penalty of perjury,

Joe Alter,
In Pro Per,
3/13/2025